UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Aquatech Corporation,

        Plaintiff

v.

Sunstone Pools & Outdoor Living LLC, et al.,

        Defendants

Case No. 2:24-cv-01623-CDS-BNW

**Order Granting Plaintiff's Motion to Vacate Judgment as to Brad and Audrey Cormack**

[ECF No. 15]

        Plaintiff Aquatech Corporation d/b/a/ United Aqua Group moves to vacate and dismiss the judgment against individual defendants Brad and Audrey Cormack under Federal Rule of Civil Procedure 60(a) to comply with a discharge order granted to the Cormacks in their Northern District of Texas bankruptcy case. Mot., ECF No. 15. Rule 60(a) is inapplicable here, but 60(b) does apply.[1] Accordingly, the court sua sponte construes the motion as one for relief under 60(b)(6) and **grants [ECF No. 15]** the motion to vacate.

        The Clerk of Court is kindly instructed to vacate the judgment against Brad Cormack and Audrey Cormack. The judgment should remain entered against the non-bankrupt defendant Sunstone Pools & Outdoor Living LLC.

Dated: July 30, 2025

                                               _____
                                               Cristina D. Silva
                                               United States District Judge

---

[1] Rule 60(a) allows corrections based on clerical mistakes or mistakes arising from oversight or omission. Under Rule 60(b)(6), a court may relieve a party from final judgment for "any other reason that justifies relief." Fed. R. Civ. P. 60(b)(6).